PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARIA RANGEL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00782-CKD<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due July 8, 2024. Defendant has not previously received an extension of this deadline.

2. Counsel for the Commissioner is in the process of discussing the defensibility of this matter with his client. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 7, 2024, respond to Plaintiff's Motion for Summary Judgment.

Date: *July 8, 2024*                    LAW OFFICES OF FRANCESCO BENAVIDES

                                By:     */s/ Francesco Benavides**
                                        FRANCESCO BENAVIDES
                                        **Authorized by email on July 8, 2024*
                                        Attorneys for Plaintiff


Date: *July 8, 2024*                    PHILIP A. TALBERT
                                        United States Attorney
                                        Eastern District of California


////

////

////

////

By:    */s/ Caspar Chan*
       CASPAR CHAN
       Special Assistant United States Attorney
       Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: July 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE